# Kenneth
# Hiller.ᴘʟʟᴄ

Main Office: 6000 North Bailey Avenue, Suite 1A, Amherst, New York 14226
Telephone: (716) 564-3288   Facsimile: (716) 332-1884
Toll Free Number: (877) 236-7366
www.kennethhiller.com

## VIA FAX 551-1865

December 9, 2011

Hon. Hugh B. Scott
U. S. District Court
68 Court Street - Room 414
Buffalo, New York 14202

     Re:   **Gary Matyjaszek v. Mercantile Adjustment Bureau**
          **11-CV-773**

Dear Judge Scott:

     Please be advise that the above-referenced matter has settled. Please cancel the conference set for this afternoon. We will be filing the stipulation of dismissal in the near future. Thank you.

          Very truly yours,

          Linda Dedline, Legal Assistant

*Social Security Disability, Consumer Litigation and Long Term Disability*